UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BENJAMIN ESPINOSA,<br><br>　　　　　　　　　Plaintiff,<br>　v.<br>JEANNINE VINE, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 3:25-cv-00419-MMD-CSD<br><br>ORDER |

*Pro se* Plaintiff Benjamin Espinosa moves to dismiss this action without prejudice, arguing that he needs to exhaust his administrative remedies. (ECF No. 5.) Espinosa's motion is construed as a notice under Federal Rule of Civil Procedure 41(a)(1)(A)(i) voluntarily dismissing this action. Voluntary dismissals do not require a court order when, like here, no party has served "either an answer or a motion for summary judgment[.]" Fed. R. Civ. P. 41(a)(1)(A)(i).

It is therefore ordered that the motion to voluntarily dismiss (ECF No. 5) is construed as a notice of voluntary dismissal under Rule 41(a)(1)(A)(i), and this action is dismissed without prejudice.

It is further ordered that the application to proceed *in forma pauperis* (ECF Nos. 1, 4) is denied as moot.

DATED THIS 21st Day of August 2025.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE